■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL JOHNSON, Appellant.—Judgment, Supreme Court, New York County, rendered on January 9, 1976, convicting defendant, on his plea of guilty, of attempted robbery in the second degree and sentencing defendant as a youthful offender to an indeterminate term of imprisonment with a maximum of three years, unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence to 60 days' imprisonment and 4 years', 10 months' probation (Penal Law, § 60.01, subd 2, par [d]; § 65.00, subd 3, par [a], cl [i]) and, as so modified, affirmed. The sentence was

excessive to the extent indicated herein. Concur—Lupiano, J. P., Birns, Evans and Lane, JJ.